JENNIFER A. FORNETTI, ESQ.
Nevada Bar No. 7644
ELIZABETH A. HANSON, ESQ.
Nevada Bar No. 16249
FISHER & PHILLIPS LLP
300 S. Fourth Street, Suite 1500
Las Vegas, NV 89101
Telephone: (702) 252-3131
E-Mail Address: jfornetti@fisherpillips.com
E-Mail Address: ehanson@fisherphillips.com
*Attorneys for Defendants Float Health Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ALISA ZAYAS OLIVER, an individual; ) | Case No: 3:26-cv-00169-MMD-CSD |
| ) | |
| Plaintiff, ) | **ORDER GRANTING** |
| ) | **STIPULATION AND ORDER TO** |
| vs. ) | **EXTEND TIME FOR** |
| ) | **DEFENDANT TO ANSWER OR** |
| FLOAT HEALTH, INC., a Delaware ) | **RESPOND TO PLAINTIFF'S** |
| Corporation; RIPPLING PEO 1, INC. a ) | **COMPLAINT** |
| Florida Corporation; ) | |
| ) | **(FIRST REQUEST)** |
| Defendants. ) | |
| ) | |

IT IS HEREBY STIPULATED AND AGREED by and between the parties' counsel of record that Defendants Float Health Inc. will have an extension of time up to and including **April 22, 2026**, in which to file a responsive pleading to Plaintiff's Complaint (ECF No. 1). This Stipulation is submitted and based on the following:

1.      Defendant Float Health, Inc. was served on March 12, 2026, making responsive deadline due April 2, 2026.

2.      Defendant Float Health, Inc. recently retained counsel, who is still in the process of investigating Plaintiff's allegations.

3.      The parties have agreed to extend the deadline for Defendant Float Health, Inc. to file its response to Plaintiff's Complaint to April 22, 2026, to allow

- 1 -

FP 63150359.2

FISHER & PHILLIPS LLP
300 S Fourth Street, Suite 1500
Las Vegas, Nevada 89101

Defendant Float Health, Inc. sufficient time to address the allegations within Plaintiff's Complaint.

4.    This is the first stipulation to extend the time for Defendant Advanstaff, Inc. to respond to Plaintiff's Complaint.

5.    The parties believe these circumstances constitute good cause for granting an extension. *See* Fed. R. Civ. P. 6(b)(1).

6.    This Stipulation is made in good faith and not for the purpose of delay.

7.    Nothing in this Stipulation and Order shall operate to waive, relinquish, or impair any claim, defense, objection, or right of any party in this case. Further, nothing in this Stipulation and Order shall be construed as an admission of or consent to the merit or validity of any claim, defense, objection, or right by any party in this case.

GREENBERG GROSS, LLP

_/s/ Michael A. Burnette_
JEMMA E. DUNN
MATTHEW T. HALE
MICHAEL A. BURNETTE
GREENBERG GROSS LLP
1980 Festival Plaza Drive, Suite 730
Las Vegas, Nevada 89135
JDunn@GGTrialLaw.com
MHale@GGTrialLaw.com
MBurnette@GGTrialLaw.com
*Attorneys for Plaintiff*
*Alisa Zayas Oliver*

FISHER & PHILLIPS, LLP

_/s/ Jennifer A. Fornetti_
JENNIER A. FORNETTI, ESQ.
ELIZABETH A. HANSON, ESQ.
300 S. Fourth Street, Suite 1500
Las Vegas, Nevada 89101
*Attorneys for Defendant Float Health, Inc.*

**ORDER**

IT IS SO ORDERED:

_____
U.S. MAGISTRATE JUDGE

April 2, 2026
_____
DATED

- 2 -

FP 63150359.2