JEMMA E. DUNN
Nevada Bar No. 16229
MATTHEW T. HALE
Nevada Bar No. 16880
MICHAEL A. BURNETTE
Nevada Bar No. 16210
GREENBERG GROSS LLP
1980 Festival Plaza Drive, Suite 730
Las Vegas, Nevada 89135
Telephone: (702) 777-0888
Facsimile: (702) 777-0801
*JDunn@GGTrialLaw.com*
*MHale@GGTrialLaw.com*
*MBurnette@GGTrialLaw.com*

*Attorneys for Plaintiff*
*Alisa Zayas Oliver*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ALISA ZAYAS OLIVER, an individual,<br><br>Plaintiff,<br><br>v.<br><br>FLOAT HEALTH INC., a Delaware corporation; RIPPLING PEO 1, INC., a Florida corporation,<br><br>Defendants. | Case No.: 3:26-cv-00169-MMD-CSD<br><br>**ORDER GRANTING STIPULATION TO EXTEND BRIEFING DEADLINES ON PLAINTIFF'S MOTION TO LIFT STAY OF CASE PENDING ARBITRATION**<br><br>**(FIRST REQUEST)** |

Plaintiff Alisa Zayas Oliver ("Plaintiff") and Defendants Float Health Inc. ("Float") and Rippling PEO 1, Inc. ("Rippling") (collectively, "Defendants," and together with Plaintiff, the "Parties"), by and through their respective counsel of record, hereby stipulate and agree as follows:

1. On November 9, 2026, Plaintiff filed her Motion to Lift Stay of Case Pending Arbitration (the "Motion"). [ECF No. 18]. Defendants' response to the Motion is currently due on November 23, 2026.

2. The Parties have agreed to resume arbitration before Judge Young through ARM. A discovery conference is scheduled for December 10, 2026, at 8:00 a.m. ARM has

advised Defendants that it will generate the paperwork and invoice necessary to proceed after that conference.

3. Plaintiff has agreed to promptly withdraw the Motion upon receipt of confirmation from ARM that the arbitration fees required to resume the arbitration have been paid. The Parties seek this extension to allow time to complete ARM's administrative requirements and obtain withdrawal of the Motion without further briefing.

4. Accordingly, the Parties agree to extend Defendants' deadline to respond to the Motion through December 31, 2026. If the Motion remains pending, the Parties further agree that Plaintiff's reply in support of the Motion shall be due on or before January 7, 2027.

5. This stipulation does not constitute an admission, waiver, or consent by any Party with respect to the issues raised in the Motion. The Parties reserve all rights, arguments, and positions concerning the Motion.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

6. This is the first request for an extension of the briefing deadlines on the Motion. This stipulation is made in good faith and not for purposes of delay.

IT IS SO STIPULATED.

DATED: November 23, 2026

**GREENBERG GROSS LLP**

By: *<u>/s/ Michael A. Burnette</u>*
JEMMA E. DUNN
Nevada Bar No. 16229
MATTHEW T. HALE
Nevada Bar No. 16880
MICHAEL A. BURNETTE
Nevada Bar No. 16210
1980 Festival Plaza Drive, Suite 730
Las Vegas, Nevada 89135

*Attorneys for Plaintiff Alisa Zayas Oliver*

DATED: November 23, 2026

**FISHER & PHILLIPS LLP**

By: *<u>/s/ Jennifer A. Fornetti</u>*
JENNIFER A. FORNETTI
Nevada Bar No. 7644
300 S. Fourth Street, Suite 1500
Las Vegas, Nevada 89101

*Attorneys for Defendants Float Health Inc. and Rippling PEO 1, Inc.*

**ORDER**

______________________________
UNITED STATES DISTRICT JUDGE

DATED: November 23, 2026